# Necheles Law, LLP

1120 Avenue of the Americas  
New York, NY 10036

Gedalia M. Stern  
gstern@necheleslaw.com  
212-997-7400

October 18, 2021

**Via ECF**  
Hon. Denise L. Cote  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

      Re: *United States v. Leib Teitelbaum,* 16-cr-712

Dear Judge Cote:

    We respectfully write to request that the Court order the return of Mr. Teitelbaum's passport.

    Your Honor sentenced Mr. Teitelbaum to nine-months imprisonment, followed by three years of supervised release. Dkt. # 44. That term of supervised release concluded last week.

    We now seek the return of Mr. Teitelbaum's passport, which he surrendered as part of his bail conditions. Dkt. # 8. Mr. Teitelbaum recently spoke to his probation office was told that Probation could only return his passport with court approval.

                                    Regards,

                                    /s/

                                  Gedalia Stern

Cc: AUSA Nathan Rehn (via ECF)

*Granted.*

*Denise Cote*  
*10/19/21*